UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 18cr2273 JM |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING |
| v. | |
| JOSHUA YOUNESSIAN, | |
| Defendant. | |

**IT IS HEREBY ORDERED,** upon joint motion having been made (Doc. No. 20), that the Motion/Trial Setting Hearing set for June 15, 2018 be continued to ***August 3, 2018, at 11:00 a.m.*** For the reasons set forth in the motion, time is excluded in the interests of justice under 18 U.S.C. § 3161.

**IT IS SO ORDERED**.

Dated: June 6, 2018

JEFFREY T. MILLER
U.S. District Judge